# In the United States Court of Federal Claims

**No. 07-899C ADR Pilot**

**(Filed February 19, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**JAY JACKSON & ASSOCIATES,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the Joint Status Report filed on February 15, 2008, the parties' request to engage in limited discovery in an attempt to resolve some factual issues is ALLOWED. The parties are directed to file a joint status report by Monday, March 17, 2008, indicating whether they will proceed with early neutral evaluation in this matter.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**

**cc: Judge Nancy B. Firestone**