# In the United States Court of Federal Claims

**No. 07-899C**
**(Filed: February 26, 2008)**

* * * * * * * * * * * * * * * * *
**JAY JACKSON & ASSOCIATES,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * *

**O R D E R**

Defendant's unopposed motion, filed February 25, 2008, for an enlargement of time within which to respond to plaintiff's complaint is **GRANTED**. Accordingly, defendant shall file its response by **Monday, March 31, 2008**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge