IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAY JACKSON & ASSOCIATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-899C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to ADR Judge Futey's order of February 1, 2008, the parties respectfully submit this joint status report.

Counsel for defendant has not decided yet whether to enter into ADR proceedings in this case. Plaintiff strongly believes that mediation will resolve plaintiff's claims. Plaintiff has provided defendant's counsel with drawings and calculations to support its claims for damages. Defendant's counsel is considering the documentation provided by plaintiff, but is not yet in a position to decide on mediation until the review is complete. The parties propose, therefore, to file another joint status report on March 28, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ William L. Bruckner
WILLIAM L. BRUCKNER
Bruckner & Walker
4550 Kearny Villa Road, Ste. 209
San Diego, CA 92123
tel: (858) 565-8300
fax: (858) 565-0813
Fax: (202) 778-9100

Attorney for Plaintiff

s/ Joseph A. Pixley
JOSEPH A. PIXLEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0843
Fax: (202) 307-0972

Attorneys for Defendant

March 17, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 17th day of March, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joseph A. Pixley