# In the United States Court of Federal Claims

**No. 07-899C ADR Pilot**

**(Filed March 18, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * *
**JAY JACKSON & ASSOCIATES,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the Joint Status Report filed on March 17, 2008, the parties are directed to file a joint status report by Friday, March 28, 2008, indicating whether they will proceed with early neutral evaluation in this matter.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**

**cc: Judge Nancy B. Firestone**