IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAY JACKSON & ASSOCIATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-899C |
| | ) | (Judge Firestone) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the ADR Judge Futey's order of March 18, 2008, the parties respectfully submit this joint status report.

Counsel for the parties have discussed the case by telephone, but have not reached agreement about whether to participate in early neutral evaluation. While plaintiff's counsel believes that mediation will resolve plaintiff's claims, counsel for the defendant believes that ADR is inappropriate at this time because discovery is needed to provide an accurate assessment of settlement possibilities. Accordingly, defendant will file its answer to the complaint by March 31, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ William L. Bruckner
WILLIAM L. BRUCKNER
Bruckner & Walker
4550 Kearny Villa Road, Ste. 209
San Diego, CA 92123
tel: (858) 565-8300
fax: (858) 565-0813
Fax: (202) 778-9100

Attorney for Plaintiff

s/ Joseph A. Pixley
JOSEPH A. PIXLEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0843
Fax: (202) 307-0972

Attorneys for Defendant

March 28, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 28th day of March, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joseph A. Pixley