# In the United States Court of Federal Claims

**No. 07-899C**
**(Filed: April 3, 2008)**

* * * * * * * * * * * * * * * * * *
*
**JAY JACKSON & ASSOCIATES,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

**O R D E R**

Defendant's answer which was filed on April 1, 2008 was accepted for fling by the court. Therefore, defendant's motion, filed April 1, 2008, for a one-day enlargement of time to file its answer is **DENIED** as moot.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge