# In the United States Court of Federal Claims

**No. 07-899C ADR Pilot**

**(Filed April 14, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JAY JACKSON & ASSOCIATES,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to Joint Status Report filed on March 28, 2008, the parties are not requesting a meeting for early neutral evaluation. If plans change, the parties shall advise the court accordingly.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**

**cc: Judge Nancy B. Firestone**