# In the United States Court of Federal Claims

**No. 07-899C**
**(Filed: May 29, 2008)**

* * * * * * * * * * * * * * * * *
*
**JAY JACKSON & ASSOCIATES,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

The court hereby **SCHEDULES** the joint preliminary status conference for **Wednesday, June 4, 2008 at 2:00 p.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (858) 565-8300; and counsel for defendant at (202) 307-0843. The court will initiate the call.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge