# In the United States Court of Federal Claims

**No. 07-899C**
**(Filed: June 4, 2008)**

* * * * * * * * * * * * * * * * *

**JAY JACKSON & ASSOCIATES,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**O R D E R**

Pursuant to the joint preliminary status conference held June 4, 2008, the court hereby **SCHEDULES** the following:

| | |
|---|---|
| **Wednesday, July 30, 2008** | Initial disclosures due. |
| **Friday, September 12, 2008** | Expert disclosures, if necessary, due. |
| **Friday, November 21, 2008** | All non-expert discovery, including all responses, shall be completed. |
| **Friday, November 28, 2008** | The parties shall submit a joint status report proposing the next steps in the litigation. |
| **Thursday, December 4, 2008** | A telephonic status conference shall be held at 2:00 pm eastern time. The court will initiate the call. Counsel for |

plaintiff will be contacted at (858) 565-8300, and counsel for defendant will be contacted at (202) 307-0843.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge