IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAY JACKSON & ASSOCIATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-899C |
| | ) | (Judge Firestone) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO AMEND THE SCHEDULING ORDER**

Defendant, the United States, respectfully requests that the Court amend the scheduling order as follows. We request a 14-day extension of time, to and including September 26, 2008, within which to provide disclosure of experts, which are currently due September 12, 2008. On September 10, 2008, we attempted to contact plaintiff's counsel, but was informed by his office that he is currently on vacation. We have been unable, therefore, to contact plaintiff's counsel to request his consent to this motion.

This is our first request to amend the scheduling order for these reasons. On July 31, 2008, plaintiff notified us of an expert it intended to use in this case. On September 9, 2008, we received notice that a previously identified witness would be designated by plaintiff as an expert. In light of these disclosures, the Government is evaluating whether to retain a rebuttal expert. Among other things, undersigned defendant's counsel has been unable to contact agency counsel to discuss this matter. The designated attorney for the United States Army Corps of Engineers, Richard Totten, is in the process of transferring from the agency's field office in Albuquerque, New Mexico to Omaha, Nebraska. Mr. Totten will not be in his new office until Monday, September 15, 2008.

The requested extension will afford defendant's counsel the opportunity to review this case in further detail, coordinate with agency counsel, and to retain qualified expert(s) if necessary. For these reasons, we respectfully request that the Court grant our unopposed motion to amend the scheduling order.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

s/ Joseph A. Pixley
JOSEPH A. PIXLEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit 8th Floor
Washington, DC 20530
Tel. (202) 307-0843
Fax. (202) 307-0972

September 10, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 10th day of September, 2008, a copy of the foregoing "DEFENDANT'S MOTION TO AMEND THE SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joseph A. Pixley